No. 17,286.

Poos *v.* Biddle.
(273 P. [2d] 730)

Decided August 23, 1954.

Per Curiam.

Judgment affirmed en banc without written opinion.

Messrs. Sandhouse & Sandhouse, Mr. Neil L. Carleton, for plaintiff in error.

Messrs. Garman & Absmeier, for defendant in error.